**Lorenzo HILL, Plaintiff—Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of the Social Security Administration, Defendant—Appellee.**

No. 04–56003.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 10, 2006.

Filed March 2, 2006.

Laura Lackey–Krank, Esq., Law Offices of Rohlfing & Kalagian, Long Beach, CA, for Plaintiff–Appellant.

Jean M. Turk, Esq., SSA—Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: KOZINSKI, TROTT, and BEA, Circuit Judges.

MEMORANDUM *

Appellant, Lorenzo Hill, appeals the district court order upholding the Commissioner of the Social Security Administration's denial of benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq.* We affirm the district court.

The Administrative Law Judge (ALJ) did not reject the medical assessments of the two physicians. Indeed, the ALJ's final determination that Hill can perform simple work is consistent with the medical evaluations and is supported by substantial evidence in the administrative record. Moreover, the ALJ's residual functional capacity finding and the resulting hypothetical questions asked to the vocational expert correctly described Hill's abilities and accurately reflected evidence in the administrative record as required. *See, e.g., Rollins v. Massanari,* 261 F.3d 853, 857 (9th Cir.2001); *Magallanes v. Bowen,* 881 F.2d 747, 757 (9th Cir.1989). Finally, consistent with Hill's actual capacity as indicated by his past employment, the vocational expert and the ALJ properly identified jobs that Hill could perform.

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This disposition is not appropriate for publication and may not be cited to or by the courts

of this circuit except as provided by Ninth Circuit Rule 36–3.